**REESE RICHMAN LLP**
Michael R. Reese (admitted *pro hac vice*)
michael@reeserichman.com
Kim E. Richman (admitted *pro hac vice*)
kim@reeserichman.com
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone:  (212) 579-4625
Facsimile:  (212) 253-4272

   - and -

**GILBERT OSHINSKY LLP**
August J. Matteis, Jr. (admitted by JPML Rule 1.4)
matteisa@gotofirm.com
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:  (202) 772-2200
Facsimile:  (202) 772-3333

*Proposed Co-Lead Counsel*
(additional plaintiffs' counsel on signature page)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: COMCAST CORP. PEER-TO-PEER (P2P) TRANSMISSION CONTRACT LITIGATION | ) MDL No. 1992<br>) Civil Action No. 2:08-md-01992-LDD<br>)<br>) **MOTION FOR CONSOLIDATION**<br>) **PURSUANT TO F.R.C.P. 42(a) AND**<br>) **APPOINTMENT OF CO-LEAD COUNSEL**<br>) **PURSUANT TO F.R.C.P. 23(g)** |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | |

| | |
|---|---|
| SONNY TAN, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br> vs.<br><br>COMCAST CORPORATION,<br><br>   Defendant. | Civil Action No. 2:08-2735 (E.D. Pa.) (LDD) |
| ROBERT M. TOPOLSKI, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br> vs.<br><br>COMCAST CORPORATION, *et al.*,<br><br>   Defendants. | Civil Action No. 3:08-852 (D. Or.) (PJP) |
| ROGER LIS, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br> vs.<br><br>COMCAST OF CHICAGO, INC., *et al.*,<br><br>   Defendants. | Civil Action No. 1:08-3984 (N.D. Ill.) (JBZ) |
| DANIEL LIBONATI, JR. on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br> vs.<br><br>COMCAST CABLEVISION OF JERSEY CITY, INC., *et al.*,<br><br>   Defendants. | Civil Action No. 1:08-3518 (D.N.J.) (JEI) |

| | |
|---|---|
| JORDAN LEIGH and MICHAEL ARANA, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>COMCAST OF CALIFORNIA II, INC., *et al.*,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:08-4601 (C.D. Cal.) (SJO)<br>)<br>)<br>)<br>)<br>) |
| JON HART, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>COMCAST OF ALAMEDA, INC., *et al.*,<br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 3:07-6350 (N.D. Cal.) (PJH)<br>)<br>)<br>)<br>)<br>) |

  Plaintiffs Sonny Tan, Robert M. Topolski, Roger Lis, Daniel Libonati, Jr., Jordan Leigh, and Michael Arana ("Plaintiffs"), through their undersigned counsel, hereby move this Court for an order consolidating the above-captioned actions and appointing Reese Richman LLP and Gilbert Oshinsky LLP as interim co-lead counsel for plaintiffs in the consolidated actions. In support of this motion, Plaintiffs incorporate the accompanying memorandum of law; the supporting Declaration of Michael R. Reese; and the Supporting Declaration of August J. Matteis, Jr.

Dated: December 9, 2008       **REESE RICHMAN LLP**

              By: */s/ Michael R. Reese*
                 Michael R. Reese (admitted *pro hac vice*)
                 875 Avenue of the Americas, 18th Floor
                 New York, New York 10001
                 Telephone: (212) 579-4625
                 Facsimile: (212) 253-4272

- and -

**GILBERT OSHINSKY LLP**
August J. Matteis, Jr. (admitted by JPML Rule 1.4)
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone: (202) 772-2200
Facsimile: (202) 772-3333

*Proposed Co-Lead Counsel*

**LAW OFFICES OF**
**JONATHAN WHEELER, P.C.**
Jonathan Wheeler
1617 JFK Boulevard, Suite 1270
Philadelphia, Pennsylvania 19103
Telephone:  (215) 568-2900

**LAW OFFICES OF KARI E. HONG**
Kari E. Hong
320 SW Stark Street, Suite 518
Portland, Oregon 97204
Telephone:  (503) 242-3500

**SIMMONSCOOPER LLC**
Gregory P. Erthal
707 Berkshire Blvd., PO Box 521
East Alton, Illinois 62024
Telephone:  (618) 259-2222

**HANLY CONROY BIERSTEIN SHERIDAN**
    **FISHER & HAYES LLP**
Andrea Bierstein
112 Madison Avenue
New York, New York 10016-7416
Telephone:  (212) 784-6403

**MONZO CATANESE, P.C.**
Andrew D. Catanese
Schoolhouse Office Park
211 South Main Street, Suite 104
Cape May Court House, New Jersey 08210
Telephone:  (609) 463-4601

*Additional Plaintiffs' Counsel*