**REESE RICHMAN LLP**
Michael R. Reese (admitted *pro hac vice*)
michael@reeserichman.com
Kim E. Richman (admitted *pro hac vice*)
kim@reeserichman.com
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone:  (212) 579-4625
Facsimile:  (212) 253-4272

   - and -

**GILBERT OSHINSKY LLP**
August J. Matteis, Jr.
matteisa@gotofirm.com
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:  (202) 772-2200
Facsimile:  (202) 772-3333

*Proposed Co-Lead Counsel*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: COMCAST CORP. PEER-TO-PEER (P2P) TRANSMISSION CONTRACT LITIGATION<br><br>THIS DOCUMENT APPLIES TO: ALL ACTIONS | MDL No. 1992<br>Civil Action No. 2:08-md-01992-LDD<br><br>**DECLARATION OF MICHAEL R. REESE IN SUPPORT OF PLAINTIFFS' MOTION FOR CONSOLIDATION PURSUANT TO F.R.C.P. 23(a) AND APPOINTMENT OF CO-LEAD COUNSEL PURSUANT TO F.R.C.P. 23(g)** |

| | |
|---|---|
| SONNY TAN, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> COMCAST CORPORATION, <br><br> Defendant. | Civil Action No. 2:08-2735 (E.D. Pa.) (LDD) |
| ROBERT M. TOPOLSKI, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> COMCAST CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. 3:08-852 (D. Or.) (PJP) |
| ROGER LIS, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> COMCAST OF CHICAGO, INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:08-3984 (N.D. Ill.) (JBZ) |
| DANIEL LIBONATI, JR. on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> COMCAST CABLEVISION OF JERSEY CITY, INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:08-3518 (D.N.J.) (JEI) |

| | |
|---|---|
| JORDAN LEIGH and MICHAEL ARANA, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>vs.<br><br>COMCAST OF CALIFORNIA II, INC., *et al.*,<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:08-4601 (C.D. Cal.) (SJO)<br>)<br>)<br>)<br>)<br>)<br>) |
| JON HART, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br>vs.<br><br>COMCAST OF ALAMEDA, INC., *et al.*,<br><br>          Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 3:07-6350 (N.D. Cal.) (PJH)<br>)<br>)<br>)<br>)<br>)<br>) |

I, Michael R. Reese, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I am a Partner with the law firm of Reese Richman LLP, the firm currently serving as counsel to Plaintiff Sonny Tan ("Plaintiff") in the above-captioned actions (the "Related Cases").

2.    I make this Declaration in support of Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Consolidation Pursuant to F.R.C.P. 42(a) and Appointment of Co-Lead Counsel Pursuant to F.R.C.P. 23(g).

3.    The attorneys of Reese Richman LLP have extensive experience and proven success with complex class action litigation. The attorneys of Reese Richman LLP specialize in class actions representing consumers and investors who have been defrauded through violation

of consumer protection, securities and antitrust laws.  Reese Richman LLP litigates on behalf of consumers and investors throughout the nation.

4.     The following describes a few class actions and other complex commercial matters litigated by the attorneys of Reese Richman LLP:

- *Gaines et al. v. Lending Tree Loans, Inc. et al.* 08-cv-667 DOC (C.D. Cal). Representation of consumers in a class action lawsuit against Lending Tree for allegedly fraudulent mortgage practices in violation of the federal RICO Act;

- *All Star Cart and Vehicles, Inc. v. Allied Waste Industries, Inc. et al.*, 08-cv-1816 LDD (E.D.N.Y.). Representation of small businesses in a class action lawsuit against waste removal companies for alleged violation of the Sherman Antitrust Act;

- *Kreek v. Wells Fargo & Co. et al.*, 08-cv-1830 WHA (N.D. Cal.). Representation of mutual fund investors in a class action lawsuit for alleged violation of the Securities Exchange Act of 1934;

- *In re Korean Air Antitrust Litigation*, CV07-ml-01891 (SJO) (C.D. Cal.). Representation of consumers injured by conspiracy to charge anti-competitive prices on trans-pacific flights in violation of federal antitrust laws;

- *In re American Funds Securities Litigation*, CV06-7815 (GAF) (C.D. Cal). Representation of investors injured by violation of the federal securities laws for alleged kickbacks made to brokers;

- *Oakland v. Travelocity.com, Inc.*, cause no. 342-209514-05(Tarrant Co., Texas), representation of consumers injured by deceptive pricing for hotel rooms booked through Internet retailers that violates Texas' consumer protection laws;

- *Bain v. Silver Point Capital Partnership LLP*, Index No. 114284/06  (N.Y. Co. Supreme Court), representation of former owner of a steel plant against a hedge fund for fraud and breach of contract;

- *Bush v. Cheaptickets, et al.*, No. BC329021 (Los Angeles Superior Court). Representation of consumers injured by deceptive prices for hotel rooms that violated California's consumer protection laws.  This action is reported at *Bush v. Cheaptickets, et al.*, 425 F.3d 683 (9th Cir. 2005), wherein Michael Reese successfully argued before the Ninth Circuit that the Class Action Fairness Act is not retroactive.

5.     In addition to the numerous cases currently and previously litigated on behalf of consumers and investors, the attorneys of Reese Richman LLP are particularly qualified to serve

as co-lead counsel in the above-captioned actions because it was the attorneys of Reese Richman LLP who filed the first nationwide class action against Comcast for the alleged deception at issue.  The attorneys of Reese Richman LLP have devoted considerable time and resources to the litigation of this matter and will continue to do so as Reese Richman LLP has substantial resources to dedicate to this matter.  Furthermore, the lead partners of Reese Richman LLP have extensive trial experience and, consequently, have the ability to prosecute this matter through to verdict.

6.   I have discussed at length the proposed co-lead structure of Reese Richman LLP and Gilbert Oshinsky LLP with the attorneys of record from Gilbert Oshinsky LLP and believe it in the best interest of the class as it will promote efficiency and judicial economy.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 9, 2008, at New York, New York.

_____
Michael R. Reese