UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

HART                                    CASE NO.: 2:08-MD-1992-LDD
VS.
COMCAST OF ALAMEDA
_____/

## EXCLUSION

Please exclude Samir Adeel Siddiqui, Esq. of Siddiqui Legal
Enterprise from being a Settlement Class Member.

_____ 02/24/10
Samir Adeel Siddiqui, Esq.
PO Box 442067
Jacksonville, Florida 32222
(904) 710-3050 (voice)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy has been
furnished to P2P Congestion Settlement Claims Administrator, C/o
Rust Consulting, PO Box 9454, Minneapolis, MN, 55440-9454 on
this 24th day of February 2010.

_____
Samir Adeel Siddiqui, Esq.
PO Box 442067
Jacksonville, Florida 32222
(904) 710-3050 (voice)